**Fill in this information to identify the case:**

Debtor name: ESCO Oil Operating Company LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Arrow Drilling Company<br>PO Box 539<br>Benavides, TX, 78341 | Rose Gonzalez<br>361-256-3354<br>rose@arrowdrilling.com | Services | | | | 339,210.00 |
| 2 | DJ Well Service & Roustabout<br>PO Box 1160<br>Borger, TX, 79008 | Miks Smith<br>806-273-2667<br>msmith@snwoperating.com | Services | | | | 101,966.61 |
| 3 | San Antonio Drilling Fluids<br>3346 Highline Trail<br>San Antonio, TX, 78261 | Daniel Jaramillo<br>210-330-2393<br>daniel@sadrillingfluids.com | Services | | | | 72,459.00 |
| 4 | Rise Drilling Company<br>14090 Fm 2920 Rd. #G538<br>Tomball, TX, 77377 | Marrionna Cook<br>832-791-9995<br>onna@risedrilling.com | Services | | | | 67,500.00 |
| 5 | Klx Energy Services<br>3040 Post Oak Blvd., 15th Floor<br>Houston, TX, 77056 | Ann Higdon<br>218-790-1094<br>creditdept@klxenergy.com | Services | | | | 53,019.44 |
| 6 | Laredo Hydro Tec, LP<br>8903 Fox Lane<br>Laredo, TX, 78045 | 953-285-2828<br>luis@LHT.us.com | Services | | | | 46,841.25 |
| 7 | Nitro Fluids<br>PO Box 585<br>Yorktown, TX, 78164 | Jennifer Garcia<br>361-938-7400<br>jennifer@nitrooil.com | Services | | | | 45,291.69 |
| 8 | Mesa Southern Well Servicing LP<br>1437 E Street<br>Jourdanton, TX, 78026 | Linda Olvera<br>830-767-2036 | Services | | | | 30,236.93 |

Debtor  ESCO Oil Operating Company LLC                              Case number (*if known*)_____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Geotech Logging Services<br>PO Box 303<br>Red Rock, TX, 78662 | 512-923-2059<br>brian@gtis.us | Services | | | | 29,764.91 |
| 10 | Energy Pipe And Equipment Rentals<br>PO Box 81355<br>Lafayette, LA, 70598 | Dean Angelle<br>337-456-3244<br>dangelle@ep-er.com | Services | | | | 28,823.17 |
| 11 | Imperative Chemical Partners<br>P Obox 679330<br>Dallas, TX, 75267-9330 | Valerie Edwards<br>432-227-2673<br>valieedwards@imperativechemicals.com | Services | | | | 25,358.05 |
| 12 | Two Wolves Energy Services<br>PO Box 509<br>Grand Saline, TX, 75140 | Kayle Cooper<br>903-638-1428<br>k.cooper@twowolvesenergy.com | Services | | | | 21,609.52 |
| 13 | Nine Energy Service<br>PO Box 733561<br>Dallas, TX, 75373-3561 | Nicole Bailey<br>817-862-9834 | Services | | | | 17,301.67 |
| 14 | Precision Pipe Rentals LLC<br>2114 Fm 1208<br>Stanton, TX, 79782 | Cassy Thomas<br>361-446-1695<br>cassy@precisionpiperentals.com | Services | | | | 17,284.20 |
| 15 | Axio Wireline TX<br>PO Box 1026<br>Pleasanton, TX, 78064 | 210-323-0529<br>shaynie@teamazio.com | Services | | | | 14,478.75 |
| 16 | Rwls Dba Renegade Services<br>PO Box 862<br>Levelland, TX, 79336 | Kristin Gunset<br>kgunset@renegadewls.com | Services | | | | 13,060.00 |
| 17 | Byrd Oilfield Services LLC<br>PO Box 7269<br>Abilene, TX, 79608 | Kim Ramirez<br>325-690-0053<br>kramirez@byrdoilfield.com | Services | | | | 12,476.50 |
| 18 | Thunderbird Services LLC<br>PO Box 43<br>Snyder, TX, 79550 | Hunter Cox<br>325-573-8662<br>accounting@thunderbirdsvcx.com | Services | | | | 12,127.89 |
| 19 | NuTech Energy Alliance<br>401 Interwood North Parkway, Suite 250<br>Houston, TX, 77032 | Steven Rogh<br>281-812-4030<br>sroth@nutechenergy.com | Services | | | | 11,750.00 |
| 20 | Royalty E-Line Services LLC<br>9224 Hwy 277<br>Carrizo Springs, TX, 78834 | Kayla Almendarez<br>830-694-3142 | Services | | | | 11,500.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2