United States Bankruptcy Court

Southern District of Texas

In re:  ESCO Oil Operating Company LLC

Debtor(s)

Case No.

Chapter  11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/06/2025

Signed by: [signature]
Signature of Individual signing on behalf of debtor

President - member
Position or relationship to debtor

Accurate Valve Services Inc
9325 Agnes St.
Corpus Christi, TX 78406

Arrow Drilling Company
PO Box 539
Benavides, TX 78341

Arrow Drilling Company, Inc.
PO Box 859
Benavides, TX 78341

Arrow Drilling Company, Inc.

Arrow Drilling Company, Inc.
c/o Davis, Gerald & Cremer PC
515 Congress Ave., Suite 1510
Austin, TX 78701

Axio Wireline TX
PO Box 1026
Pleasanton, TX 78064

Byrd Oilfield Services LLC
PO Box 7269
Abilene, TX 79608

Davis, Gerald & Cremer, PC
515 Congress Ave., Suite 1510
Austin, TX 78701

DJ Well Service & Roustabout
PO Box 1160
Borger, TX 79008

Energy Fishing & Rental Services
PO Box 6406
Corpus Christi, TX 78466

Energy Pipe And Equipment Rentals
PO Box 81355
Lafayette, LA 70598

Genco Energy Services, Inc
PO Box 203152
Dallas, TX 75320-3152

Geotech Logging Services
PO Box 303
Red Rock, TX 78662

Harris County Tax Assessor-Collector
PO Box 2109
Houston, TX 77210-2109

Imperative Chemical Partners
P Obox 679330
Dallas, TX 75267-9330

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Klx Energy Services
3040 Post Oak Blvd., 15th Floor
Houston, TX 77056

Laredo Hydro Tec, LP
8903 Fox Lane
Laredo, TX 78045

Mcguire Industries
2416 W 42nd St.
Odessa, TX 79764-6309

Mesa Southern Well Servicing LP
1437 E Street
Jourdanton, TX 78026

MTZ Vacuum Service LLC
PO Box 410
Carrizo Springs, TX 78834

Nine Energy Service
PO Box 733561
Dallas, TX 75373-3561

Nitro Fluids
PO Box 585
Yorktown, TX 78164

NuTech Energy Alliance
401 Interwood North Parkway, Suite 250
Houston, TX 77032

OSC Energy
PO Box 6012
Corpus Christi, TX 78466